E. MARTIN ESTRADA                                          JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
        Office of Program Litigation, Office 7
        Office of the General Counsel
        Social Security Administration
        160 Spear St., Suite 800
        San Francisco, CA  94105
        Telephone: 510-970-4820
        Facsimile: 415-744-0134
        e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

LYNN TIR,                                    )   Case No. 2:22-cv-02049-JEM
                                             )   [PROPOSED] JUDGMENT OF
            Plaintiff,                       )   REMAND
vs.                                          )
                                             )
                                             )
KILOLO KIJAKAZI, Acting                      )
Commissioner of Social Security,             )
                                             )
            Defendant.                       )
_____             )

        The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation to Remand.

DATED:  10/26/22                _____
                                HON. JOHN E. McDERMOTT
                                UNITED STATES MAGISTRATE JUDGE

-1-